**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02517-CBS

MIA M. SHIELDS,

Plaintiff,

v.

THE UNITED STATES POSTAL SERVICE,

Defendant.

---

# ANSWER

---

Defendant United States Postal Service answers Plaintiff's amended Title VII Complaint (Doc. 8) as follows:

## PARTIES

1. Defendant denies the allegations contained in Paragraph 1 due to a lack of information.

2. Defendant admits that the Denver General Mail Facility is located at this address. Defendant is headquartered in Washington, D.C.

## JURISDICTION

3. Paragraph 3 contains a statement of jurisdiction to which no answer is required. To the extent that an answer is required, Defendant denies that the Court has jurisdiction over Plaintiff's claims.

4. Admit.

5. Defendant denies that it engaged in unlawful employment practices.

6. Plaintiff does not assert a separate basis for jurisdiction in this paragraph.

**ADMINISTRATIVE PROCEDURES**

7. Deny.

8. Deny.

**NATURE OF THE CASE**

9. Deny.

10. Deny.

**REQUEST FOR RELIEF**

Defendant denies Plaintiff's request for relief.

**FIRST CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS**

The following allegations are contained in Doc. 8 at 4. (It is unclear from Plaintiff's amended complaint whether these allegations are incorporated in the amended complaint or attached as an exhibit by way of background.)

1. Defendant admits that the Plaintiff's Date of Birth of record is September 23, 1967, and that at the time she was terminated she was a Carrier in her 90-day probationary period.

2. Admit only that the Plaintiff had a work-related back injury in March 2014. Otherwise denied.

3. Defendant admits Plaintiff was terminated for Unacceptable Attendance on October 28, 2014, during her 90-day probationary period. Otherwise denied.

4. Admit only that Plaintiff was converted to Career and was initially assigned at the Northglenn Post Office. Otherwise denied.

5. Defendant does not have sufficient information to admit or deny.

6. Admit only that the Plaintiff had an accepted work-related injury for which she was compensated and received paid time off under worker's compensation.

7. Defendant does not have sufficient information to admit or deny and therefore denies the same.

8. Defendant does not have sufficient information to admit or deny and therefore denies the same.

9. Defendant admits only that the Plaintiff initially had appointments as a non-career City Carrier Assistant (CCA) who was converted to a career Carrier with a 90-day probationary status in August 2014.

10. The Defendant does not have sufficient information to admit or deny and therefore denies the same.

11-14. The Defendant does not have sufficient information to admit or deny paragraphs 11-14 and therefore denies the same.

Defendant denies each and every other allegation not specifically admitted herein.

**Defenses**

1. Plaintiff fails to state a claim upon which relief may be granted.

2. Plaintiff failed to exhaust administrative remedies.

3. Plaintiff's claims are untimely. Plaintiff failed to filed an Equal Employment Opportunity complaint.

4. Defendant's actions toward Plaintiff were based on legitimate, nondiscriminatory business reasons.

WHEREFORE Defendant respectfully requests that Plaintiff's amended complaint be dismissed, judgment be entered in its favor, and Defendant be accorded any other relief deemed just and proper.

Respectfully submitted this 17th day of January, 2017.

ROBERT C. TROYER
Acting United States Attorney

s/ *Mark S. Pestal*____________
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
Mark.Pestal@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

On January 17, 2017, a copy of the foregoing was mailed via First Class Mail to:

Mia M. Shields
2981 Niagara Street
Denver, CO 80207

s/ *Leah Butler*
U.S. Attorney's Office