**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02517-CBS

MIA M. SHIELDS,

Plaintiff,

v.

THE UNITED STATES POSTAL SERVICE,

Defendant.

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OBTAIN AN ATTORNEY (Doc. 34)**

---

Defendant United States Postal Service has no objection to Plaintiff's Motion for Extension of Time to Obtain an Attorney (Doc. 34).

Respectfully submitted this 13th day of February, 2017.

ROBERT C. TROYER
Acting United States Attorney

s/ *Mark S. Pestal*
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
Mark.Pestal@usdoj.gov

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

On February 13, 2017, a copy of the foregoing was mailed via First Class Mail to:

Mia M. Shields
2981 Niagara Street
Denver, CO 80207

s/ *Leah Butler*
U.S. Attorney's Office