IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 16-cv-02517-CBS | Date: April 28, 2017 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

| | |
|---|---|
| *Parties:* | *Counsel:* |
| MIA M. SHIELDS, | *Pro se* |
| Plaintiff, | |
| v. | |
| THE UNITED STATES POSTAL SERVICE, | Lauren Dickey |
| Defendant. | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: STATUS CONFERENCE**
**Court in session: 11:08 a.m.**
Court calls case. Appearances of counsel.

Ms. Shields has not obtained counsel.

Discussion regarding *[39] Motion to Amend the Complaint*. This motion did not include a certificate of service or a proposed amended complaint.

Further discussion regarding workers compensation and proposed amendments to the complaint.

**ORDERED:** *[39] Motion to Amend the Complaint* is **DENIED.**

Ms. Shields may file a new motion for leave to file an amended complaint with attached proposed amended complaint by **June 2, 2017.**

A Status Conference is set for **June 5, 2017 at 9:00 a.m.**

HEARING CONCLUDED.

**Court in recess: 11:38 a.m.**
Total time in court: 00:30

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.